UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNIVERSITY LEGAL SERVICES-
 PROTECTION AND ADVOCACY, INC.
 220 I STREET, NE SUITE 130
 WASHINGTON, DC 20002

CIV. NO: 1:04CV01021

Plaintiffs,

v.

JOHN STUPAK, ACTING DIRECTOR
 NORTHWESTERN HUMAN SERVICES,
  in his official capacity,

and

MARTHA B. KNISLEY, DIRECTOR,
 DISTRICT OF COLUMBIA DEPARTMENT OF
 MENTAL HEALTH,
  in her official capacity,

Defendants.

## NOTICE OF FILING

Plaintiff, University Legal Services - Protection and Advocacy Program, Inc. ("ULS-P&A"), submits this Notice of Filing with the attached Amended Memorandum of Law in Support of Its Motion for Preliminary Injunction. ULS-P&A filed the Memorandum of Law in Support of Its Motion for Preliminary Injunction on June 22, 2004, but three pages were missing

1

from that document: pages 3, 5, and 7. The Amended Memorandum contains those three missing pages.

Respectfully submitted,

_____
Kelly Bagby
D.C. Bar # 462390
Legal Director
University Legal Service - P&A
220 I Street, NE Suite 130
Washington, D.C. 20002
(202) 547-0198 ext 117
(202) 547-2662 fax

Dated: June 25, 2004