UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNIVERSITY LEGAL SERVICES-
  PROTECTION AND ADVOCACY

                Plaintiffs

                CIV. NO: 1:04cv01021(RBW)

v.

NORTHWESTERN HUMAN SERVICES


MARTHA B. KNISLEY, DIRECTOR,
  DISTRICT OF COLUMBIA
  DEPARTMENT OF MENTAL HEALTH,
    In her official capacity,

                Defendants.


## LIST OF AUTHORITIES

Advocacy Center v. Stalder......................................................................................18, 19, 23, 27
128 F. Supp. 2d 358 (M.D. La. 1999)

Advocacy, Inc. v. Tarrant County Hospital District.............................................................16
2001 WL 1297688 (N.D. Tx. October 11, 2001)

Anderson v. Liberty Lobby, Inc........................................................................................ 7
477 U.S. 242 (1986)


Arizona Center for Disability Law v. Allen.......................................................................... 15
197 F.R.D. 689 (D. Az. 2000)

Celotex Corp. v. Catrett .............................................................................................................. 7
477 U.S. 317, 106 S.Ct. 2548 (1986)

Center for Legal Advocacy v. Hammons ..................................................................................19
323 F.3d 1262 (10th Cir. 2003)

Cramer v. Chiles .........................................................................................................................21
No. 98-43-MISC-T-26 (M.D. Fla. Sept. 1, 1998)

Georgia Advocacy Office v. Borison ...........................................................................20-21, 23
238 Ga. App. 780, 520 S.E.2d 701 (Ga..App. 1999)

Iowa Protection and Advocacy Services, Inc. v. Gerard Treatment Programs, L.L.C ....8, 16, 20
152 F. Supp. 2d 1150 (N.D. Iowa 2001)

Iowa Protection and Advocacy Services, Inc. v. Rasmussen ............................................12, 19
206 F.R.D. 630, 2001 WL 1809404 (S.D. Iowa 2002)

Kansas Advocacy and Protective Services v. Stormont-Vail Healthcare ................................12
Case No. 00-4135-RDR (D.Kan. Sep. 25, 2002)

The Legal Center for People with Disabilities v. Earnest ........................................................ 16
188 F.Supp. 2d 1251, 1257 (D. Co. 2002)

Maryland Disability Law Center v. Mt. Washington Pediatric Hospital .................................16
664 A.2d 16, 23 (1995).

Matsushita Electric Industrial Co. v. Zenith Radio Corp ..........................................................7
475 U.S. 574 (1986)

Mississippi Prot. & Advocacy Sys. Inc. v. Cotten ............................................................19, 26
929 F.2d 1054 (5th Cir. 1991)

Mississippi Protection & Advocacy System, Inc. v. Cotten ..............................................19, 26
1989 WL 224953 (S.D. Miss. 1989)

Office of Protection and Advocacy for Persons with Disabilities v. Armstrong ...............8, 15, 27
266 F. Supp. 2d 303 (D. Conn.  2003)

Pennsylvania Protection and Advocacy, Inc. v. Houstoun .......................................................19
228 F.3d 423 (3rd Cir. 2000)

Pennsylvania Protection and Advocacy, Inc. v. Royer-Greaves School for the Blind ............22
1999 WL 179797 (E.D. Pa. March 25, 1999)

Robbins v. Budke..........................................................................................................................25
739 F.Supp. 1479 (D.N.M. 1990)

Shields v. Eli Lilly & Co............................................................................................................7
895 F.2d 1463 (D.C. Cir. 1990)

Virginia Office for Protection and Advocacy v. Reinhard.......................................................21
E.D. Va (Feb. 19, 2004)

Wisconsin Coalition for Advocacy, Inc. v. Czaplewski......................................................12, 20
131 F. Supp. 2d 1039 (E.D. Wis. 2001)

Wisconsin Coalition for Advocacy, Inc. v. Busby...................................................................27
No. 02-C-871 (E.D. Wis. Sept. 24, 2003)