IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

THE VIRGINIA OFFICE FOR PROTECTION
AND ADVOCACY,

       Plaintiff,                       CASE NO. 3:04cv54

                                            Order

DR. JAMES REINHARD,

Defendant



## ORDER

**THIS CAUSE** came to be heard upon the Motion to Dismiss filed by the Defendant and the Motion for a Preliminary Injunction filed by the Plaintiff. The Court having reviewed the Memoranda of Law filed by both parties and having heard argument, it is hereby:

**ADJUDGED, ORDERED AND DECREED**, as follows:

        The Defendant's Motion to Dismiss is denied.
2.     The Plaintiff's Motion for a Preliminary Injunction is granted.
3.     The Defendant is preliminarily enjoined, as follows:

    1.     To provide Plaintiff with the names and contact information of those persons with mental illness who live in institutions operated by the Department of Mental Health, Mental Retardation and Substance Abuse Services (DMHMRSAS) and who are listed in DMHMRSAS' extraordinary barriers database.

    2.     To provide Plaintiff with the names, addresses and telephone numbers of the authorized representatives of those persons with mental illness who live in institutions operated by DMHMRSAS, are listed in the extraordinary barriers database and have had authorized representatives appointed to them.

    3.     To refrain from interfering with Plaintiff's investigation.

The Clerk of the Court shall forward a certified copy of this Order to counsel of record.

Enter:

FEB 19 2004
DATE                                 Richard L. Williams
                                            JUDGE


EXHIBIT B

**SEEN AND AGREED**

Virginia Office for Protection and Advocacy
1910 Byrd Street, Suite 5
Richmond, VA 23230
(804) 225-2042

BY: _____
Jonathan G. Martinis, Managing Attorney
VSB #37299

**SEEN AND** Objected to.

_____

VSB #: _____
Counsel for Defendant
900 East Main Street
Richmond, VA 23219
(804) 786-2071