UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNIVERSITY LEGAL SERVICES -** | : | |
| **PROTECTION AND ADVOCACY,** | : | |
| **INC.** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action Case No. 04-1021 (RBW) |
| | : | |
| **JOHN STUPAK, Acting Director** | : | |
| **NORTHWESTERN HUMAN** | : | |
| **SERVICES, in his official capacity and,** | : | |
| **MARTHA B. KNISLEY, Director** | : | |
| **DISTRICT OF COLUMBIA** | : | |
| **DEPARTMENT OF MENTAL** | : | |
| **HEALTH, in her official capacity,** | : | |
| | : | |
| Defendants. | : | |

**ORDER**

In accordance with the rulings issued at the status conference held in this matter on March 14, 2005, it is hereby

**ORDERED** that the pending Motion for Preliminary Injunction [D.E. #2] is denied as moot. It is further

**ORDERED** that the Motion of Defendant John Stupak, Acting Director, Northwestern Human Services (In His Official Capacity), to Dismiss Plaintiff's Complaint [D.E. #15] is denied as moot. It is further

**ORDERED** that Northwestern Human Services is dismissed from this action by University Legal Services Protection and Advocacy, Inc. ("ULS"), with prejudice. It is further

**ORDERED** that the parties may brief the issue of ULS's entitlement to fees pending the dismissal of the remaining defendant, Department of Mental Health. ULS shall file its motion by

April 1, 2005, the Department of Mental Health's opposition is due by April 22, 2005, and ULS's reply is due by April 29, 2005. It is further

**ORDERED** that a status conference in this matter is scheduled for August 12, 2005 at 9:00 a.m.

**SO ORDERED** on this 16th day of March, 2005.

                                                REGGIE B. WALTON
                                                United States District Judge